No. 851, Misc. SCHACK v; FLORIDA ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied. Petitioner *pro se*. *Earl Faircloth*, Attorney General of Florida, and *George R. Georgieff*, Assistant Attorney General, for respondents.

The following motions for leave to file petitions for writs of habeas corpus are denied. MR. JUSTICE DOUGLAS dissents.

No. 1, Misc. WILLIAMS. v. TEXAS. Petitioner *pro se. Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *Stanton Stone*, Executive Assistant Attorney General, and *Howard M. Fender*, *Gilbert J. Pena* and *A.lo B. Crow, Jr.*, Assistant Attorneys General, for respondent.

No. 11, Misc. TAYLOR v. TEXAS. Petitioner *pro se. Waggoner Carr*, Attorney General, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender* and *Lonny F. Zwiener*, Assistant Attorneys General, for respondent.

No. 74, Misc. STEPHENS v. BETO, CORRECTIONS DIRECTOR; and

No. 116, Misc. SMITH v. BETO, CORRECTIONS DIRECTOR. Petitioners *pro se. Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Charles B. Swanner* and *Howard M. Fender*, Assistant Attorneys General, for respondent in both cases.

No. 238, Misc. BECK v. BETO, CORRECTIONS DIRECTOR.

No. 1206, Misc. SKOLNICK v. CAMPBELL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition and other relief denied.